NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MOLINA,<br><br>    Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. C 11-01973 JF (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br><br><br>(Docket No. 2) |

      On April 22, 2011, Petitioner filed this pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On that same day, the Clerk of the Court sent a notification to Petitioner that his In Forma Pauperis ("IFP") Application was deficient because Petitioner failed to attach a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The notification included the warning that the case would be dismissed if Petitioner failed to respond within thirty days. (Id.) The deadline has since passed, and Petitioner has failed to file the missing document to complete his IFP application or pay the filing fee.

      Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

      IT IS SO ORDERED.

Dated: 6-16-11

                                  JEREMY FOGEL
                                  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE MOLINA,

        Petitioner,

v.

RANDY GROUNDS, Warden,

        Respondent.
_____/

Case Number: CV11-01973 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___7/21/11___, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Molina H-72391
Correctional Training Facility-South
P.O. Box 690
D6-35L
Soledad, CA 93960

Dated: ___7/21/11___

                                        Richard W. Wieking, Clerk